OPINION — AG — **** COUNTY PRINCIPAL AND COUNTY SUPERINTENDENT CANNOT BE SAME PERSON **** AN INDIVIDUAL CANNOT SIMULTANEOUSLY HOLD A POSITION IN THE SAME COUNTY AS PRINCIPLE OF A DEPENDENT SCHOOL DISTRICT AND COUNTY SUPERINTENDENT OF SCHOOLS. CITE: 70 O.S. 1961, 4-1 [70-4-1], 70 O.S. 1961, 3-4 [70-3-4], 70 O.S. 1961, 6-2 [70-6-2] (GARY GLASGOW) ** SEE: OPINION NO. 72-271 (1972) **